UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RYAN AMIRANT,<br><br>        Petitioner,<br><br>  v.<br><br>FRED FIGUEROA, Warden,<br><br>        Respondent. | CV 13-7677-DMG (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: May 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE